UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN NAVEDO,<br><br>             Plaintiff,<br><br>     v.<br><br>J. DOERER,<br><br>             Defendant. | No.  1:24-cv-01179-KES-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>Doc. 5 |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2025, the assigned magistrate judge issued findings and recommendations, recommending that the court dismiss this action for failure to prosecute and failure to comply with a Court order.  Doc. 5.  The findings and recommendations were served on plaintiff and notified him that any objections were due within 30 days.[1]  *Id*. at 5.  Plaintiff did not file

---

[1] The findings and recommendations were returned to the Court on February 7, 2025, marked as "undeliverable, return to sender, not deliverable as addressed, unable to forward, unable to identify."  *See* docket.  Though the findings and recommendations were returned to the Court as undeliverable, they were properly served on plaintiff.  *See* Local Rule 182(f) ("Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective.").

objections to findings and recommendations, and the time to do so has passed. Nor has plaintiff updated his address or otherwise communicated with the Court.[2]

Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 8, 2025, Doc. 5, are ADOPTED IN FULL;
2. This action is DISMISSED for failure to prosecute and failure to comply with a Court order; and
3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   March 27, 2025

UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff's failure to update the Court of his current address also constitutes a violation of the Local Rules, which standing alone, would justify dismissal for failure to prosecute. *See* Local Rule 183 (requiring that plaintiff notify the Court and opposing parties of the change in address within 30 days of mail being returned).

2